UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COSMED GROUP, INC., Plaintiff, | : | |
| v. | : | C.A. No. 03-332ML |
| CHURCHILL MEDICAL SYSTEMS, INC., Defendant. | : | |

**PLAINTIFF'S MOTION TO EXTEND STAY**

Plaintiff Cosmed Group, Inc. ("Cosmed") hereby moves this Court to extend its stay of this matter by ninety (90) days. In support of its motion, Cosmed states that this Court stayed this matter for one hundred and eighty (180) days and directed the parties to arbitrate this matter on May 26, 2005. Since that time, the parties have been diligently preparing for arbitration, and an arbitration hearing in this matter is currently scheduled for the week of November 14, 2005. However, due to unforeseen circumstances, Cosmed's principal witness, David Howe, has to be in California because of a business emergency concerning Cosmed's purification plant in that state for almost the entirety of November and some of December 2005. As a result, Cosmed has requested a continuance from the arbitrator of the arbitration hearing until January 2006, and Defendant Churchill Medical Systems, Inc. does not object to that continuance. The Court's stay of this matter is set to expire on November 25, 2005. Cosmed consequently respectfully requests a continuance of that stay by ninety (90) days to facilitate the rescheduling of the arbitration hearing to January 2006.

COSMED GROUP, INC.

By its Attorneys,

Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 26th day of October, 2005, I caused a true copy of the within Motion to Extend Stay to be served by first class mail, postage prepaid, to the following counsel of record:

Steven E. Snow, Esq.
Lisa A. Martinelli, Esq.
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903-7120