# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

COSMED GROUP, INC.,
Plaintiff

v. C.A. No. 03-332-ML

CHURCHILL MEDICAL SYSTEMS, INC.,
Defendant

## [AMENDED PROPOSED] JUDGMENT

Judgment is hereby entered in favor of Defendant Churchill Medical Systems, Inc., ("Churchill") and against Plaintiff Cosmed Group, Inc ("Cosmed"). Churchill shall reimburse Cosmed the sum of $3,000.00 representing that portion of arbitration fees in excess of the apportioned costs previously incurred by Cosmed.

ENTER: ORDER:

Mary M. Lisi

The Honorable Mary M. Lisi
United States District Court Judge

Barbara Barletta

DATED: April 20, 2006

848638_1